MAY 19, 1986

No. 85–777. NATIONAL FEDERATION OF FEDERAL EMPLOYEES *v.* DEFENSE LANGUAGE INSTITUTE. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53.

No. 85–1257. ROGERS ET AL. *v.* CHEYENNE AIRPORT BOARD ET AL. Appeal from Sup. Ct. Wyo. dismissed for want of substantial federal question.

No. 85–1537. MUKA *v.* CARTER, CHIEF DISCIPLINARY COUNSEL. Appeal from Sup. Ct. R. I. dismissed for want of substantial federal question.